IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-01304-RM-NYW

BRANDON KILLINGS,

    Plaintiff,

v.

ACCOUNT CONTROL TECHNOLOGY, INC., a California corporation,

    Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice [ECF No. 57] pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED this 11th day of March, 2016.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge